**DISMISS and Opinion Filed June 21, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00401-CV

### HOPPENSTEIN PROPERTIES, INC., Appellant
### V.
### CITY OF DALLAS PERMIT AND LICENSE APPEAL BOARD, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-14179**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Smith

On May 5, 2023, we sent a letter to the parties questioning our jurisdiction and requested jurisdictional briefing by May 15, 2023. In our letter, we warned appellant that the appeal was subject to dismissal without further notice should appellant fail to file the requested letter brief. To date, appellant has not filed the requested letter brief.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b)(c).


/Craig Smith/
CRAIG SMITH
JUSTICE

230401F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HOPPENSTEIN PROPERTIES, INC., Appellant

No. 05-23-00401-CV      V.

CITY OF DALLAS PERMIT AND LICENSE APPEAL BOARD, Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-21-14179. Opinion delivered by Justice Smith. Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered June 21, 2023